UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY C. GOODALL, JR.,<br><br>Petitioner,<br><br>v.<br><br>DOMINGO URIBE, JR., et al.,<br><br>Respondents.<br>_____ | Case No. CV 10-9382 DOC(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed without prejudice.

DATED: February 2, 2011

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE